ACCEPTED
03-15-00656-CV
7512336
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 11:03:30 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00656-CV

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 11:03:30 AM
JEFFREY D. KYLE
Clerk

### FRANCES GRAHAM,

*APPELLANT*,

v.

### LNV CORPORATION,

*APPELLEE.*

Appeal from the Justice Court, Precinct 3, Place 1
Travis County, Texas
Trial Court Case No. C-1-CV-15-005910
Hon. Eric Shepperd, presiding

## NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Please take notice that the undersigned and the law firm of Mackie Wolf Zientz & Mann, P.C., hereby appear as counsel for Appellee LNV CORPORATION and request all notices given or required to be given in this case, and all papers served or required to be served in this case, including, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before

this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise be served upon the undersigned attorney at the following address:

Mark D. Cronenwett
MACKIE WOLF ZIENTZ & MANN, P.C.
14160 N. Dallas Parkway, Suite 900
Dallas, Texas  75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
mcronenwett@mwzmlaw.com


Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR APPELLEE LNV CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2015, a true and correct copy of the foregoing was served via U.S. mail to the party listed below:

Frances Graham
2405 Crownspoint Drive
Austin, Texas  78748

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**